**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOHN PARSONS,<br><br>Plaintiff<br><br>v.<br><br>SIGNIFY NORTH AMERICA CORPORATION,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>NO.: 3:23-cv-00272-VDO<br><br><br><br><br><br>September 4, 2026 |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's August 4, 2026 Order, ECF No. 148 (the "August 4 Order"), Plaintiff John Parsons ("Plaintiff") and Defendant Signify North America Corporation ("Signify") submit this joint status report regarding referral to a Magistrate Judge for a settlement conference.

In accordance with the August 4 Order, Plaintiff served an updated written settlement demand on Signify on August 10, 2026, and Signify served its written response on Plaintiff on August 19, 2026. Counsel for the parties met and conferred by telephone on September 1, 2026. The parties agree that referral to Magistrate Judge Robert A. Richardson (ECF No. 121) for a settlement conference would be beneficial and jointly request that the Court refer this matter for such a conference.

Respectfully submitted,

**PLAINTIFF,**
**JOHN PARSONS**

By: */s/ Charles D. Houlihan, Jr.*
Charles D. Houlihan, Jr. (ct11416)
Law Office of Charles D. Houlihan, Jr.
P.O. Box 582
Simsbury, CT 06070
Tel: (860) 658-9668
Fax: (860) 658-1339
charles@houlihan.law

*Counsel for John Parsons*

**DEFENDANT,**
**SIGNIFY NORTH AMERICA CORPORATION**

By: */s/ Andrew S. Tulumello*
Andrew S. Tulumello, *pro hac vice*
Crystal L. Weeks, *pro hac vice*
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000
Fax: (202) 857-0940
drew.tulumello@weil.com
crystal.weeks@weil.com

Catherine E. Cazes, *pro hac vice*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8071
Fax: (212) 310-8007
catherine.cazes@weil.com

Brian E. Spears (ct14240)
Armel L. Jacobs (ct29608)
SPEARS, MANNING & MARTINI LLC
2425 Post Road, Suite 203
Southport, CT 06890
Tel: (203) 292-9766
Fax: (203) 292-9682
bspears@spearsmanning.com

*Counsel for Defendant Signify North America Corporation*

**CERTIFICATION**

I hereby certify that on September 4, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Andrew S. Tulumello*
Andrew S. Tulumello